IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| QUINTON HARRIS, GEOFFREY MILLER, NORMAN MOUNT, SCOTT ZINN, THOMAS TAYLOR, and JOHN BAKER, | 8:16CV381 |
|---|---|
| Plaintiffs, | |
| vs. | THIRD AMENDED PROGRESSION ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

This matter is before the Court on the parties' Third Joint Motion for Extension of Deadlines (Filing No. 175). The motion is granted.

**IT IS ORDERED** that the deadlines in this matter are amended as follows:

| Description | New Deadline |
|---|---|
| Parties' Expert Reports Served | March 6, 2018 |
| Parties' Rebuttal Expert Identities Disclosed | March 22, 2018 |
| Parties' Rebuttal Expert Reports Served | April 12, 2018 |
| Phase I Discovery and Depositions Completed | May 14, 2018 |
| Class Certification Motion Filed | May 25, 2018 |
| Defendant's Response to Class Certification Motion Filed | June 26, 2018 |
| Plaintiffs' Reply to Class Certification Motion Filed | July 25, 2018 |
| *Daubert* Motions Filed | August 2, 2018 |

Dated this 5th day of February, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge