IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORMAN MOUNT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　Defendant. | **8:20CV312**<br><br>**ORDER** |

　　　　This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 366).  The Court being advised in the premises finds that such an Order is proper.

　　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, without costs or disbursement to any of the praties.

　　　　Dated this 15th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge